UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eureka Resources, LLC,<br><br>    Plaintiff,<br>v.<br><br><br>Howden Roots LLC,<br><br>    Defendant. | **Case No.: 4:20-cv-02222-MWB**<br>**Hon.: Matthew W. Brann**<br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Eureka Resources, LLC, declares that its principal owner is Haddington Energy Partners IV, LP, a Delaware limited partnership.

DATED: November 30, 2020            Respectfully submitted,

*s/s Thomas C. Marshall*
Thomas C. Marshall, Esq.
PA I.D. # 59326
McNerney, Page, Vanderlin & Hall
433 Market Street
Williamsport, PA 17701
(570) 326-6555
tmarshall@mpvhlaw.com

Erik Dykema, Esq.
erik@zellerip.com
Serge Krimnus, Esq.
serge@zellerip.com
**ZELLER IP GROUP PLLC**
155 WATER STREET, SUITE 6-6
BROOKLYN, NY 11201
(972) 920-8002

*Attorneys for Plaintiff*

1