# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUREKA RESOURCES, LLC, | No. 4:20-CV-02222 |
| Plaintiff, | (Judge Brann) |
| v. | |
| HOWDEN ROOTS LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 11th day of August 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Howden Roots LLC's motion to dismiss (Doc. 17) is **DENIED**.

2. Defendant shall file an answer no later than August 25, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge